## 35081. MOSELEY v. MOSELEY.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED JUNE 22, 1979 — DECIDED SEPTEMBER 7, 1979.

*Harry F. Thompson,* for appellant.
Beecky C. Mixon, *pro se.*